1

2

3                    UNITED STATES DISTRICT COURT

4                          DISTRICT OF NEVADA

5                                 * * *

6  JOSE CESAR CAMACHO,                | Case No. 2:18-cv-02063-MMD-PAL

7                         Petitioner, |              ORDER
         v.
8
   ATTORNEY GENERAL FOR THE STATE     |
9  OF NEVADA, *et al.*,

10                        Respondents.

11

12          Petitioner filed a habeas petition under 28 U.S.C. § 2241 without properly

13  commencing the action by paying the filing fee or filing a complete pauper application.

14  LSR 1-1, 1-2. It does not appear that a dismissal without prejudice would cause Petitioner

15  substantial prejudice. This improperly commenced action therefore will be dismissed

16  without prejudice.

17          It is therefore ordered that this action is dismissed without prejudice. Petitioner

18  must file any new petition, and either pay the filing or fee or submit a complete pauper

19  application, in a new action only, and must not file any more documents in this case.

20          It further is ordered that a certificate of appealability is denied. Jurists of reason

21  would not find debatable whether the Court was correct in its dismissal of the action

22  without prejudice on procedural grounds, for the reasons discussed herein.

23          The Clerk of Court is instructed to send Petitioner a copy of his papers in this

24  action, along with copies of the forms and instructions for an inmate pauper application

25  and § 2241 habeas petition.

26  ///

27  ///

28  ///

The Clerk of Court is further instructed to enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 15th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE